**Yohalmo Godofredo CARRILLO–RIVERA, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 09–60460
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 23, 2010.

John L. Mendoza, Esq, Houston, TX, for Petitioner.

Jonathan Aaron Robbins, Trial Attorney, Tangerlia Cox, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

**436**

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

Yohalmo Godofredo Carrillo–Rivera, a native and citizen of El Salvador, has filed a petition for review of an order of the Board of Immigration Appeals (BIA) summarily dismissing his appeal pursuant to 8 C.F.R. § 1003.1(d)(2)(i)(E). Carrillo–Rivera has failed to brief, and has thus abandoned, the central issue whether the BIA erred in summarily dismissing his appeal on this basis. *See Soadjede v. Ashcroft,* 324 F.3d 830, 833 (5th Cir.2003). Accordingly, he has not shown error in the BIA's decision, and his petition for review is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.